**APPLICATION GRANTED
SO ORDERED**

VERNON S. BRODERICK
U.S.D.J.   3/9/2023

Defendants shall respond to Plaintiffs' complaint by May 8, 2023.

**WELLS LAW**
229 Warner
Lancaster, New York
Tel.: (716) 98
Email: steve@wellspc.com

---

March 8, 2023

The Hon. Vernon S. Broderick
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Stellar Beach Rentals, LLC, et al. v. Redstone Advance, Inc., et al.*
             Civil Action No.: 1:23-cv-00955

Dear Judge Broderick:

      This firm represents Defendants Redstone Advance, Inc., Gavriel Yitzchakov a/k/a Gabe Isaacov and Simon Yitzchakov a/k/a Simon Isaacov (the "Redstone Defendants") with regard to the above-referenced matter. I write pursuant to Rule 1.G of your Individual Rules and Procedures for Civil Cases to respectfully request an extension of time to respond to the complaint of sixty days, or until May 8, 2023.

      In further support of this request, I provide the following information: (1) the original deadline for the Redstone Defendants to respond to Plaintiffs' Complaint was February 5, 2023; (2) there have been no previous requests for an extension; and (3) Plaintiffs' counsel has consented to the requested extension.

      Pursuant to the foregoing, I respectfully request that the Court grant this letter motion for an extension of time to respond to Plaintiffs' complaint to <u>May 8, 2023</u>.

      We respectfully thank the Court for its courtesies in this regard.

                           Respectfully,

                           **WELLS LAW P.C.**

                         By:  *s/Steven W. Wells*
                              Steven W. Wells