UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
STELLAR BEACH RENTALS, LLC :
and JOHN KOZAK, :
:
                        Plaintiffs, :      23-CV-955 (VSB)
:
      -against- :      **ORDER**
:
REDSTONE ADVANCE, INC., GAVRIEL :
YITZCHAKOV a/k/a GABE ISAACOV, :
SIMON YITZCHAKOV a/k/a SIMON :
ISAACOV, CITY CAPITAL NY LLC D/B/A :
REDSTONE ADVANCE, YOEL GETTER, :
NAIR & LEVIN, P.C., JOHN DOES 1-10, :
and JOHN DOE INVESTORS 1-10, :
:
                      Defendants. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Docs. 47 and 48 are supporting papers that have been filed as motions. The Clerk of Court is therefore respectfully directed to terminate the motions at Docs. 47 and 48.

SO ORDERED.

Dated: June 8, 2023
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge