APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.  8/1/2023

The City Defendants, as well as Nair & Levin, P.C., shall file any reply to Plaintiff's opposition by August 31, 2023. The Clerk of Court is respectfully directed to close the motions at Docs. 67 and 68.

**MENDELBER**
75 MAIDEN LANE
NEW YORK, NEW
(646) 791-3
gabe@mendelbe

July 31, 2023

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *Stellar Beach Rentals, LLC v. Redstone Advance, Inc. et al.*
               Civil Action No.: 1:2023-cv-00955

Dear Judge Broderick:

      This firm represents defendants City Capital NY, LLC and Yoel Getter (collectively, the "City Defendants") in the above-referenced action. I write pursuant to Rule 1.G of Your Honor's Individual Rules and Procedures for Civil Cases to respectfully request an extension of time to file a reply on the City Defendants' motions to dismiss the Complaint (ECF Docs. 49 et seq.) consistent with the Nair & Levin Defendant's request for an extension to that date as well (ECF Doc. 67).

      In further support of this request, I provide the following information: (i) the current deadline for the City Defendants to file reply is August 1, 2023 (ECF Doc. 62); (ii) Plaintiffs' counsel has consented to the requested extension.

      Your Honor's attention to this matter is appreciated.

                                   Respectfully,

                                   */s/ Gabriel Mendelberg*

cc:    Counsel of Record
       ECF